

| | | |
|---|---|---|
| | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>212-267-7342 |

**Defendant:** **ORF V Sugar Creek Plaza, LLC**
**Bankruptcy Case:** **Bed Bath & Beyond Inc.**
**Preference Period:** **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Preference Period Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111181 | $14,296.91 | 2/9/2023 | 03116-983433 | 2/1/2023 | $1,430.35 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111181 | $14,296.91 | 2/9/2023 | 03116-983432 | 2/1/2023 | $12,866.56 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112601 | $14,296.91 | 3/8/2023 | 03116-988566 | 3/1/2023 | $1,430.35 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112601 | $14,296.91 | 3/8/2023 | 03116-988565 | 3/1/2023 | $12,866.56 |
| **2 Preference Period transfer(s), $28,593.82** | | | | | | | |
| **Post Petition Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113398 | $28,593.82 | 4/28/2023 | 03116-994147_2 | 4/1/2023 | $12,866.56 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113398 | $28,593.82 | 4/28/2023 | 03116-994147_1 | 4/1/2023 | $12,866.56 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113398 | $28,593.82 | 4/28/2023 | 03116-994146_2 | 4/1/2023 | $1,430.35 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113398 | $28,593.82 | 4/28/2023 | 03116-994146_1 | 4/1/2023 | $1,430.35 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 115021 | $28,843.73 | 8/10/2023 | 03116-994822 | 4/11/2023 | $249.91 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 115021 | $28,843.73 | 8/10/2023 | 03116-994147_4 | 4/1/2023 | $12,866.56 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 115021 | $28,843.73 | 8/10/2023 | 03116-994147_3 | 4/1/2023 | $12,866.56 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 115021 | $28,843.73 | 8/10/2023 | 03116-994146_4 | 4/1/2023 | $1,430.35 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 115021 | $28,843.73 | 8/10/2023 | 03116-994146_3 | 4/1/2023 | $1,430.35 |
| **2  Post Petition transfer(s), $57,437.55** | | | | | | | |

**Totals: 4 transfer(s), $86,031.37**